IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHAEL CRAIG CLARK,

       Plaintiff,

v.                                                  CIV 00-796 MV/KBM

CANYON STATE OIL, ET AL.,

       Defendants.

## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

      In compliance with this Court's previous order, Plaintiff filed a supplement to his complaint. I required Plaintiff to describe the alleged stolen property and identify the will that outlines his inheritance rights. The only arguable additional information he supplies is that "the real property in question is that of oil, gas and petroleum products . . . having been stolen and forged copies thereof and distributed interstate for . . . unauthorized use and taxation." Rather than complying with my order, Plaintiff merely states that "all defendants named in this action have been made and are well aware of the facts to the plaintiff's pleadings and well know their culpability to the plaintiff's claim."

      Viewing these *pro se* pleadings liberally, Plaintiff's supplement does not cure the deficiencies identified in my prior order. The complaint and supplement consist only of vague and conclusory allegations insufficient to identify a claim for relief.

      Wherefore,

IT IS HEREBY RECOMMENDED THAT the complaint and its supplement be dismissed as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) (West 2000).

**THE PARTIES ARE FURTHER NOTIFIED THAT WITHIN 10 DAYS OF SERVICE** of a copy of these Proposed Findings and Recommended Disposition they may file written objections with the Clerk of the District Court pursuant to 28 U.S.C. § 636 (b)(1).  **A party must file any objections with the Clerk of the District Court within the ten day period  if that party wants to have appellate review of the proposed findings and recommended disposition.  If no objections are filed, no appellate review will be allowed.**

_____
UNITED STATES MAGISTRATE JUDGE